# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:03-CR-231-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| ENRIQUE BARRAGAN CONTRERAS ) | |
| ) | |
| _____ ) | |

THIS MATTER comes before this Court upon the Defendant's Motion to Void Presentence Report Erroneous Advice to Induce Acceptance of Plea Agreement, (file doc. 463). The Court has received Defendant's Motion and considered the issues presented by the Motion. After full consideration, the Court will **DENY** this Motion.

**Signed: October 25, 2005**

Graham C. Mullen
Chief United States District Judge