# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:02CR231

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>Plaintiff )<br>)<br>vs. )<br>) **ORDER**<br>)<br>**ENRIQUE BARRAGAN CONTRERAS,** )<br>Defendant. )<br>)<br>) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter from Enrique Barragan Contreras, dated November 10, 2005 (the "Letter"). In the Letter, Mr. Contreras asks the Court to consider the imposition of a sentence of six to eight years.

The record reflects that Mr. Contreras is represented by appointed counsel, Richard Culler. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Contreras has any matters he wishes this Court to consider, they must be submitted through his attorney. The Court acknowledges Mr. Contreras' statements about Mr. Culler and notes that an inquiry into the status of counsel is scheduled in front of the undersigned for November 17, 2005.

**IT IS, THEREFORE, ORDERED** that any motion by Mr. Contreras contained in the Letter is **DENIED** without prejudice to Mr. Contreras' right to re-file the motions, if appropriate, through his attorney.

**Signed: November 15, 2005**

David C. Keesler
United States Magistrate Judge