IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*       DOCKET NO. 3:03 CR 231-MU

vs.       ORDER RE: DEFENDANT'S
APPLICATION TO FILE HIS
ENRIQUE BARRAGAN CONTRERAS, et. al,       POSITION RE: SENTENCING;
EXHIBIT *UNDER SEAL*

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document, "defendant's Position Re: Sentencing; Exhibit *Filed Under Seal"* shall be filed *under seal.*

Signed: May 22, 2006

Graham C. Mullen
United States District Judge

# CERTIFICATE OF SERVICE

I, Angela Parrott, Assistant Federal Defender, hereby certify that on May 19, 2006, I served a copy of the attached Ex Parte Application To File [Proposed] Order Re: Defendant's Position Re: Sentencing, Exhibit *under seal*, via electronic filing upon:

> Kevin Zolot
> Assistant United States Attorney
> U.S. Attorney's Office for the Western District of
> North Carolina
> 227 West Trade Street, Suite 1700
> Charlotte, NC 28202
> Kevin.Zolot@usdoj.gov

> _____
> Angela Parrott
> Attorney for Enrique Barragan-Contreras
> Federal Defenders of Western North Carolina, Inc.
> 227 West Fourth Street, Suite 300
> Charlotte, NC 28202
> (704) 374-0720
> (704) 374-0722 Fax
> Angela_Parrott@fd.org

DATE: May 19, 2006